# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0174.  DARRELL BROWN v. THE STATE.**

A jury found Darrell Brown guilty of multiple offenses, including aggravated assault, aggravated battery and kidnapping with bodily injury, and we affirmed his convictions on appeal. See *Brown v. State*, 275 Ga. App. 99 (619 SE2d 789) (2005). Brown subsequently filed a motion alleging his sentence was void.  The trial court denied the motion, and Brown filed this application for discretionary appeal.

A direct appeal may lie from an order denying a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  Here, however, Brown's argument that his sentences should have merged or that the verdict was inconsistent are challenges to his convictions, not to his sentence.  See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010) (merger); *Ray v. State*, 273 Ga. App. 656, 661 (5) (615 SE2d 812) (2005) (inconsistent verdict).  Because Brown has not raised a valid void-sentence claim, we lack jurisdiction to consider his appeal.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper*, supra.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __12/23/2014__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*